UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                        :

CDS BUSINESS SERVICES, INC. doing business  :
as Newtek Business Credit,                            :    Case No. 2:21-cv-01551 (GRB)(SIL)
                                                        :
                         Plaintiff,          :

    - against    -                              :    **FINAL JUDGMENT**
                                                        :
PAUL HALEY, JILL OSUR and                       :
THOMAS ATHERSTONE,.                              :

                        Defendants.     :
------------------------------------------------------------X

       THIS CAUSE coming on to be heard before the undersigned upon the Stipulation Consenting to Entry of Judgment executed by defendants Paul Haley, Jill Osur and Thomas Atherstone and ("Defendants"), pursuant to which Defendants consented to the entry of this Judgment; and the Court having considered such matters and being duly advised in the premises, now HEREBY ORDERS, ADJUDGES AND DECREES as follows:

       1.       Judgment is hereby entered in favor of plaintiff CDS Business Services, Inc., doing business as Newtek Business Credit ("Plaintiff") and against defendants Paul Haley, Jill Osur and Thomas Atherstone, jointly and severally, on all counts of the Plaintiff's Complaint, in the amount of $3,752,418.38, as of May 3, 2022, with pre-judgment interest thereon at the Prime Rate plus 10% (which is the default rate under the Inventory Advance agreement) for the period between May 3, 2022 and the date of entry of this Judgment. Any payments received by the Plaintiff from Defendants, Rhone Wolf Vineyard LLC, Roundhay Partners, LLC, Goldline Brands, Inc., Myka Cellars, Inc. and Roundhay Farming, LLC on or after May 3, 2022 shall be deemed to be payments towards, and shall reduce the outstanding amount due under, this Judgment.

2. This Judgment shall bear post-judgment interest at the statutory rate as provided by 28 U.S.C. § 1961(a), calculated from the date of entry of this Judgment.

3. Plaintiff shall be entitled to seek attorneys' fees and costs associated with this action and the enforcement of the Consent to Judgment and entry of this Judgment as well as those costs incurred subsequent to May 3, 2022 which are recoverable under the Settlement Agreement dated May 11, 2022 between the Plaintiff, the Defendants, Rhone Wolf Vineyard LLC, Roundhay Partners, LLC, Goldline Brands, Inc., Myka Cellars, Inc. and Roundhay Farming, LLC.

4. There is no just reason for delay and this Judgment constitutes a final judgment against Defendants on the Complaint.

5. All writs and process necessary for the enforcement of this Judgment shall be issued in favor of CDS Business Services, Inc., doing business as Newtek Business Credit.

6. This Judgment shall be entitled to full faith and credit in the courts of other states.

7. This Court shall retain jurisdiction over this action and the parties thereto for purposes of construing and enforcing the terms of this Judgment.

The Clerk of the Court is directed to enter this Judgment.

SO ORDERED this __1st__ day of _____February_____, 202_3_.

/d/ STEVEN I. LOCKE
_____
The Honorable Steven I. Locke
United States Magistrate Judge